**Dismissed and Memorandum Opinion filed September 19, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00242-CV

## DIALA HADDAD, Appellant

## V.

## AL FLORES, JR., Appellee

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1010372**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 20, 2013. The clerk's record was filed April 24, 2013. No reporter's record or brief was filed.

On August 1, 2013, this court issued an order stating that unless appellant submitted a brief on or before September 2, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Boyce, and Jamison.